IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTANTINO CARRERA,<br><br>        Petitioner,<br><br>  vs.<br><br>JILL L. BROWN, as Warden of San Quentin State Prison,<br><br>        Respondent. | Case No. CIV. F-90-478-AWI-P<br><br>DEATH PENALTY CASE<br><br>ORDER GRANTING PETITIONER'S REQUEST TO EXTEND BRIEFING SCHEDULE |

    This matter is before the Court on the request of Petitioner Constantino Carrera for a two-month extension in the briefing schedule previously established in the Court's March 30, 2005 briefing order. In the supporting declaration of Carrera's counsel, Stephen B. Bedrick, Mr. Bedrick represents that counsel for Respondent Jill L. Brown, as Warden of San Quentin State Prison (the "Warden") does not object to the request.

    At issue are Carrera's traverse, currently due July 15, 2005, Carrera's anticipated motion for an evidentiary hearing, currently due August 15, 2005, the Warden's opposition brief to the evidentiary hearing motion, currently due September 15, 2005, and Carrera's reply brief regarding the evidentiary hearing motion, currently due September 30, 2005. Mr. Bedrick explains that a death in his family coupled with his recent responsibilities in a case he argued before

the United States Supreme Court (*Johnson v. California*, No. 04-6964) on April 18, 2005, have diverted much of his available professional time from the present case.  In addition, he advises the Court that he has a "preplanned family vacation" for the first three weeks of July.  The Court accepts Mr. Bedrick's representations.

Based on the supporting declaration, all documents on file in this matter, and for good cause shown, the Court grants Carrera's request to extend the previously established briefing schedule, as follows:

1. Carrera's traverse to the Warden's opposition brief shall be electronically filed and served no later than September 15, 2005;
2. Carrera's motion for an evidentiary hearing and/or further discovery shall be electronically filed and served no later than October 17, 2005;
3. The Warden's opposition brief to the motion for further factual development shall be electronically filed and served no more than 30 days thereafter; and
4. Carrera's reply brief to the opposition regarding further factual development shall be electronically filed and served no more than 15 days thereafter.

IT IS SO ORDERED.

Dated: June 15, 2005

/s/ Anthony W. Ishii
Anthony W. Ishii
United States District Judge

09dp00478.OGrantPetnrEOT.Car.pdf.wpd        2