1

2

3

4

5

6
IN THE UNITED STATES DISTRICT COURT FOR THE

7
EASTERN DISTRICT OF CALIFORNIA

8

9
Constantino Carrera,                                   Case No. CV. F-90-0478-AWI-P

)
10
                        Petitioner,           )        DEATH PENALTY CASE

)
11
        vs.                                   )        ORDER STRIKING FILING OF MOTION TO
                                              )        AMEND THE PETITION
12
Robert L. Ayers, as Acting Warden             )
of San Quentin State Prison,*                 )
13
                                              )
                        Respondent.           )
14 _____ )

15        On December 4, 2006, Petitioner Constantino Carrera ("Carrera") electronically filed a motion

16 to amend his  Third Amended Petition.  Appended to his motion is his proposed amendment to the

17 Petition, Claim 96, alleging a constitutional violation for denial of notification of Carrera's right to

18 assistance by the Mexican Consulate.  As part of the moving papers, Carrera requests that the Court

19 permit him to lodge, rather than file the motion and proposed amendment, since the motion currently

20 is premature.  Carrera explains that the same claim is pending before the California Supreme Court, and

21 that only when (and if) the California Supreme Court denies relief on the state petition can Carrera

22 properly present the claim in this Court.

23        On December 11, 2006, Carrera's appointed attorney, Stephen B. Bedrick, electronically filed

24 a declaration further explaining that his submission of the December 4, 2006 motion to amend was

25 requested and intended to be lodged, not filed.  Mr. Bedrick explains that the purpose of lodging the

26 motion and proposed amendment is to avoid any possible statute of limitations problems which might

27 arise if the California Supreme Court denies the pending state habeas petition and notice of this denial

28
        *Robert L. Ayers is substituted for his predecessor, Steven W. Ornoski, as Acting Warden of San
        Quentin State Prison under Federal Rule of
90dp478.O2VacateFilingMo2Amend.Car.wpd                 1                Civil Procedure 25(d).

1  is delayed by mailed service such that Carrera's efforts to seek adjudication of the same claim in this

2  Court may be barred as untimely.  On behalf of Carrera, Mr. Bedrick reiterates his previous request that

3  the motion to amend and proposed amendment be lodged.

4       For good cause appearing, the motion to amend with appended proposed amendment

5  electronically filed on December 4, 2006 as document 283, is stricken.  A hard copy of the motion and

6  proposed amendment shall be retained in the Court's files and will be deemed filed the date the

7  California Supreme Court denies relief on Carrera's pending state habeas petition (if relief is denied).

8  Carrera's counsel is directed to notify the Court of any actions taken by the California Supreme Court

9  with respect to his state petition during pendency of these federal proceedings.

10

11  IT IS SO ORDERED.

12

13  Dated:      December 13, 2006

                                              /s/ Anthony W. Ishii
14                                            Anthony W. Ishii
                                         United States District Judge
15

16

17

18

19

20

21

22

23

24

25

26

27

28

90dp478.O2VacateFilingMo2Amend.Car.wpd                    2